# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Terrin Lee, (B50137), | ) |
|       Petitioner, | ) |
| | )   Case No. 18 C 8502 |
| v. | ) |
| | )   Judge Charles P. Kocoras |
| Attorney General of the State of, and, Jacqueline Lashbrook, | ) |
|       Respondents. | ) |

## ORDER

Petitioner's motion for leave to proceed *in forma pauperis* is denied. Petitioner is ordered to pay the $5.00 statutory filing fee. Failure to comply with this order may result in summary dismissal of this case. Respondent Attorney General of the State of is terminated from the docket. The Clerk is instructed to update the docket to reflect that Respondent is Jacqueline Lashbrook, Warden, Menard Correctional Center.

## STATEMENT

Petitioner Terrin Lee, a prisoner incarcerated at the Menard Correctional Center, brings this *pro se* habeas corpus action under 28 U.S.C. § 2254 challenging his 2011 aggravated kidnapping, armed habitual criminal, and attempt aggravated criminal sexual assault convictions from the Circuit Court of Cook County.

Petitioner's motion for leave to proceed *in forma pauperis*, (Dkt. 4.) is denied. His financial affidavit reveals that he had a current balance of $90.08 in his prison trust

account when he filed his IFP application. He also received $825.00 in deposits in the six months before filing his IFP application. As Petitioner is a prisoner for whom the State provides the necessities of life, such assets do not qualify him for pauper status. *See, e.g., Longbehn v. United States*, 169 F.3d 1082, 1083-84 (7th Cir. 1999) (citing *Lumbert v. Illinois Dep't of Corr.*, 827 F.2d 257, 260 (7th Cir. 1987)). Petitioner is financially able to pay the $5.00 statutory filing fee for habeas corpus petitions and must do so if he wishes to proceed with this action. He may pay by check or money order made payable to Clerk, United States District Court.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Any paper that is sent directly to the Judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to the Petitioner.

Dated: 3/12/2019

*/s/ Charles P. Kocoras*
Charles P. Kocoras
United States District Judge